UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:20 CR 40 JEM |
| | ) | |
| | ) | 7 U.S.C. § 136j(a)(1)(A) |
| CAI FENG YANG | ) | 7 U.S.C. § 136*l*(b)(1)(B) |
| a/k/a Kevin Yang | ) | 18 U.S.C. § 2 |
| | ) | |
| Defendant. | ) | |

## MISDEMEANOR INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
(FIFRA VIOLATION)

In or about September 2015 and continuing through in or about February 2016, in the Northern District of Indiana and elsewhere,

**CAI FENG YANG,**

a/k/a Kevin Yang, defendant herein, knowingly distributed a pesticide in the State of Indiana that he purchased in China and was not registered with the United States Environmental Protection Agency as required by Title 7, United States Code, Section 136a, by providing vials of granular "Cockroach Killer Bait" containing the active ingredient fipronil to tenants for application in apartments owned by the defendant located at 701 Maple Street, La Porte,

⌉1⌋

Indiana, for the purpose of eradicating cockroaches.

All in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136*l*(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 2
### (FIFRA VIOLATION)

In or about November 2015, in the Northern District of Indiana and elsewhere,

**CAI FENG YANG,**

a/k/a Kevin Yang, defendant herein, knowingly distributed a pesticide in the State of Indiana that he purchased in China and was not registered with the United States Environmental Protection Agency as required by Title 7, United States Code, Section 136a, by providing syringes of gelatinous "cockroach killing gum bait" containing the active ingredient mirex to a tenant for application in an apartment owned by the defendant located at 606 Tipton Street, La Porte, Indiana, for the purpose of eradicating cockroaches.

All in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136*l*(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 3
### (FIFRA VIOLATION)

In or about October 2015 and continuing through in or about February 2016, in the Northern District of Indiana and elsewhere,

**CAI FENG YANG,**

a/k/a Kevin Yang, defendant herein, knowingly distributed a pesticide in the State of Indiana that he purchased in China and was not registered with the United States Environmental Protection Agency as required by Title 7, United States Code, Section 136a, by providing unlabeled bottles of liquid containing the active ingredient dichlorvos to his employee for application in several apartments owned by the defendant located at 701 Maple Street, La Porte, Indiana, for the purpose of bed bugs.

All in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136*l*(b)(1)(B) and Title 18, United States Code, Section 2.

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   */s/ Toi Denise Houston*
      Toi Denise Houston
      Assistant United States Attorney

By:   */s/ Richard J. Powers*
      Richard J. Powers
      Trial Attorney
      Environmental Crimes Section